O

# United States District Court
# Central District of California

HECTOR PORTALUPPI, et al,

               Plaintiffs,

     v.

FORTIFI FINANCIAL, INC. (f/k/a
ENERGY EFFICIENT EQUITY, INC.)
and the COUNTY OF LOS ANGELES,

              Defendants.

Case № 2:20-cv-07959-ODW-RAO

**ORDER DENYING MOTION TO DISMISS [16] AND MOTION TO STRIKE [17] AS MOOT**

///
///
///
///
///
///
///
///
///
///
///

Defendants FortiFi Financial, Inc. (f/k/a Energy Efficient Equity, Inc.) and the County of Los Angeles (collectively, "Defendants") served Plaintiffs Hector Portaluppi and Carmen Portaluppi with a Federal Rule of Civil Procedure ("Rule") 12(b)(6) motion to dismiss and Rule 12(f) motion to strike in this case on October 30, 2020.  (ECF Nos. 16–17.)  On November 20, 2020, Plaintiffs filed a First Amended Complaint, twenty-one days after Defendants filed their responsive pleading.  (ECF No. 25.)  Federal Rule of Civil Procedure 15(a)(1) allows Plaintiffs to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion.  Therefore, Plaintiffs' amended complaint was proper.  As the pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**.  *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

November 23, 2020

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**